

| United States Bankruptcy Court<br>SOUTHERN    **District of** NEW YORK | **Voluntary Petition** |
|---|---|

| | |
|---|---|
| Name of Debtor (If individual, enter Last, First, Middle):<br>Northeastern Conference Nursing Home, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the debtor in the last 6 years (include married, maiden and trade names):<br>d/b/a Victory Lakes Nursing Center | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>14-1506280 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip):<br>419 North Quaker Lane<br>Hyde Park, New York 12538 | Street Address of Joint Debtor (No. and street, city, state, zip): 02-30073 |
| County of Residence or<br>Principal Place of Business:<br>Duchess | County of Residence or<br>Principal Place of Business: |
| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from addresses listed above) | |

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual    ☐ Railroad<br>☒ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ § 304-Case ancillary to foreign proceeding. |

| **Nature of Debt** (Check one box)<br>☐ Consumer/Non-Business    ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101.<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |

**Statistical/Administrative Information** (Estimates Only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY
FILED 2002 APR 11 P 2:02

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12,13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone (If not represented by attorney)

_____
Date

### Signature(s) of Debtor(s) (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

If debtor is a corporation filing under chapter 11, United States Code, specified in this petition.

X *Stennett Brooks*
Signature of Authorized Individual

Stennett Brooks
Print or Type Name of Authorized Individual

President, Board of Directors
Title of Authorized Individual by Debtor to File this Petition

March    , 2002
Date

### Signature of Attorney

X *Nathan M. Goldberg*
Signature of Attorney for Debtor(s)

Nathan M. Goldberg
Printed Name of Attorney for Debtor(s)

Goldberg & Gottheim
Firm Name

296 Washington Avenue Extension
Address

Albany, New York 12203

(518)456-9616
Telephone Number

*MARCH 26, 2002*
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pusuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made part of this petition.

### EXHIBIT B

(To be completed if debtor is an for individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    3/26/02
Signature of Attorney for Debtor(s)    Date

MINUTES OF A SPECIAL MEETING OF

THE BOARD OF DIRECTORS OF

NORTHEASTERN CONFERENCE NURSING HOME, INC.

A special meeting of directors of Northeastern Conference Nursing Home, Inc. was held

on the 21st ay of March, 2002 at the offices of the Corporation, 419 No. Quaker Lane, Hyde Park,

New York at          A.M./P.M.

The following directors were present:

Names of Directors

Elder Stennett Brooks
Pastor Trevor H.C. Baker
Mr. James Gaynor
Pastor David Cuke
Elder Larry Word

The meeting was called to order by the president. It was moved, seconded and

unanimously carried that the waiver of notice of the meeting signed by all the directors being

submitted by the Secretary be affixed to the minutes of the meeting.

The President discussed the financial status and, after discussion, the report was accepted

and ordered filed with the Secretary. He also advised that he and the Secretary of the corporation

consulted with attorneys Nathan M. Goldberg, of Goldberg & Gottheim, Esqs. And Mark

Koblenz, Esq. of Roland, Fogel, Koblenz & Petroccione, concerning the financial condition of

the corporation and the drain of finances caused by the poor cash flow.

The Chairman noted that it was the opinion of counsel to consider opting for

reorganization under Chapter 11 of the Bankruptcy Act and to pursue a plan of reorganization

and that the firm of Goldberg & Gottheim be retained to prepare such a petition and Plan. A retainer agreement was presented and by motion duly made and seconded it was voted to approve the retainer and authorize the President and Secretary to sign the same in behalf of the corporation and to sign the petition. A copy of the retainer agreement was directed to be filed with the Secretary.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, it was adjourned at _____ A.M./P.M.

_____
Secretary

CERTIFIED COPY OF CORPORATE RESOLUTION

A special meeting of the Board of Directors of NORTHEASTERN CONFERENCE NURSING HOME, INC. operating as VICTORY LAKE NURSING CENTER was held on the 21st day of March, 2002.

The president explained to the members of the Board in attendance concerning the financial emergency facing the not-for-profit entity endangering its ability to fulfill its goals.

After a full discussion, and a report of the President concerning his meeting with counsel for the corporation and Nathan M. Goldberg, Esq. - CPA. After reviewing the extent of the corporate liabilities, Mr. Goldberg had advised the fling of a petition in bankruptcy under Chapter 11 reorganization to afford it time to look for a buyer and to reorganize its operations immediately. He also advised making arrangements to obtain financing for at least a 60-day period of operation.

Upon motion duly made, seconded and unanimously adopted authorizing the filing of a petition under Chapter 11 of the Bankruptcy Act, to retain Nathan M. Goldberg, Esq. of the firm of Goldberg & Gottheim as bankruptcy counsel to prepare and file such a petition, and for the payment of a retainer and execution of a retainer agreement authorizing such representation.

There being no further or other business to come before the meeting, the meeting was adjourned at                    A.M./P.M.

Respectfully submitted,

I, Stennett Brooks, do hereby certify that I am the President of the Board of Directors of NORTHEASTERN CONFERENCE NURSING HOME, INC.; that I have compared the foregoing copy of the Resolution duly adopted by the Board of Directors of said corporation at a meeting held on the        th day of March, 2002 and entered in the minutes thereof; that said copy is a true and correct transcript of the whole of said resolution.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said corporation this   17   th day of March, 2002.

_____
President

UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF NEW YORK**

IN RE:

Chapter      11

NORTHEASTERN CONFERENCE NURSING
HOME, INC. d/b/a Victory Lakes
Nursing Center,

Case No. _____

                       **Debtor(s)**

## CERTIFICATION OF MAILING MATRIX

I,(we),  Nathan M. Goldberg                                    the

attorney for the debtor (or, if appropriate, the debtor or debtors)

hereby certify under the penalties of perjury that the above (or

if appropriate, attached) mailing matrix contains all creditors and

parties in interest with correct names, addresses and zip codes,

as they appear on the schedules of liabilities, list of creditors,

list of equity security holders (or any amendment thereto).

Dated:  March 26, 2002

**ATTORNEY FOR DEBTOR**
**(DEBTOR OR DEBTOR(S)**

Nathan M. Goldberg
Goldberg & Gottheim
296 Washington Avenue Extension
Albany, New York 12203

ACHIEVE SOFTWARE CORP.
7690 GOLDEN TRIANGLE DR.
EDEN PRAIRIE, MN 55344-3722


ADAMS FAIRACRE FARMS
195 DUTCHESS TPK.
POUGHKEEPSIE, NY 12603


ADT
9000 TOWN CENTER PARKWAY
BRADENTON, FL 34202


AIRFLOW
17 WASHINGTON AVE
HIGHLAND, NY 12528


ALAMO AMBULANCE
10 SOUTH WHITE ST
POUGHKEEPSIE, NY 12601


ALFA HEALTHCARE SUPPLY
14 LAFAYETTE AVE
OSSINING, NY 10562


ALIMED, INC
PO BOX 9135
DEDHAM, MA 02027-9135


ALTERNATIVE ENVIRONMENTAL SERVICES
114 MAIN STREET, P.O. BOX 283
CLAYVILLE, NY 13322


AMERICAN EXPRESS
SCHWARTZ & SCHWARTZ
1979 MARCUS AVENUE
LAKE SUCCESS, NY 11042

AMERICAN QUALITY FOODS
PO BOX 519
ARDEN.  NC 28704


AMERICAN RESPIRATORY EQUIPMENT
(WHITE'S HOMECARE)
1703 UNION ST
SCHENECTADY, NY 12309


ANGELICA TEXTILES
125 BATH ST
BALLSTON SPA, NY 12020


ANY-TIME HOMECARE, INC
PO BOX 550
TARRY TOWN, NY 10591


APRIA HEALTHCARE
BOX 14205 CHURCH STREET STA
NEW YORK, NY 10249


AQUARIUM CARE
342 FREEDOM PLAINS RD
PLEASANT VALLEY, NY 12569


ARNOFF
ROUTE 44
POUGHKEEPSIE, NY 12603


AT&T GLOBAL
1701 GOLF RD
ROLLING MEADOWS, IL 60008


ATT LUCENT TECHNOLOGIES
2 GATCHALL DR
PO BOX 289
PARSIPPANY, NJ 07054

AURORA INDUSTRIES, INC
311 9TH ST
PO BOX 524
AURORA, IL 68818


AVAYA CUSTOMER CARE CENTER
CUSTOMER CARE CENTER
3795 DATA DR
NORCROSS, GA 30092


AVAYA FINANCIAL SERVICES
CUSTOMER CARE CENTER
5 WOODS HOLLOW RD
PARSIPPANY, NJ 07054-2899


AVIANNE HEALTH CARE SYSTEM
PO BOX 461
HASBROUCK HEIGHTS, NJ 07604-0461


BOB'S AUTO SPECIALTY
45 LINDBERGH PLACE
POUGHKEEPSIE, NY 12601


B.T.S. LIGHTING, INC
PO BOX 216
COLLEGE POINT, NY 11356


BOICE BROTHERS DAIRY
36 O'NEIL ST
KINGSTON, NY 12401


BRIGGS CORP.
PO BOX 1698
DES MOINES, IA 50306-1698

BROWNING-FERRIS INDUSTRIES
PO BOX 9001434
LOUISVILLE, KY 40290-1434


CATSKILL ART & OFFICE SUPPLIES
114-118 SMITH ST
POUGHKEEPSIE, NY 12601


CCP INDUSTRIES
PO BOX 641250
CINCINNATI, OH 45264-1250


CENTRAL HUDSON GAS & ELECTRIC
284 SOUTH AVENUE, DEPT 100
POUGHKEEPSIE, NY 12601-4839


CENTRAL NY EYE CENTER
1073 MAIN ST., SUITE 1
FISHKILL, NY 12524


CERVONE'S EVERGREEN LANDSCAPING
17 MEYER AVENUE
POUGHKEEPSIE, NY 12603


CHAMBER OF COMMERCE - HYDE PARK
PO BOX 17
HYDE PARK, NY 12538


CHANDLER, SATISH M.D.
PO BOX 606, ROUTE 44
PLEASANT VALLEY, NY 12569


COOK/CHILL PRODUCTION CTR
145 OLD ORANGEBURG ROAD
ORANGEBURG, NY 10962

COPELCO CAPITAL, INC.
700 EAST GATE DR. SUITE 400
MOUNT LAUREL, NJ 08054


CORRATI WATER GROUP, LTD.
188 WASHINGTON ST.
POUGHKEEPSIE, NY 12601-1357


CREATIVE FORECASTING, INC.
200 SOUTH WATER ST
MILWAUKEE, WI 53204


CRISPELL HARDWARE, INC.
RTE 9G
HYDE PARK, NY 12538


CRYSTAL CLEAR
19 INDUSTRY ST
POUGHKEEPSIE, NY 12603


D & J DISTRIBUTERS
728 BROADWAY
KINGSTON, NY 12401


DANIELS AGENCY
245 ROUTE 22
PAWLING, NY 12564-1200


DAVE'S WHEELCHAIR
548 VIOLET AVENUE
HYDE PARK, NY 12538


DENNIS, OWEN
PO BOX 204
POUGHKEEPSIE, NY 12602

DENTSERV DENTAL SERVICES
15 CANAL ROAD
PELHAM MANOR, NY 10803


DERMARITE INDUSTRIES LLC
168 WEST MAIN ST
PROSPECT PARK, NJ 07508


DERMATEC DIRECT
PO BOX 1196
NEW YORK, NY 10116-1196


DIRECT SUPPLY
BIN 201
MILWAUKEE, WI 53288


DRESSEL UNLIMITED
670 VIOLET AVENUE
HYDE PARK, NY 12538


DUFFYS EQUIPMENT SERVICE
3138 ONEIDA STREET
SAUQUIT, NY 13456-2814


DUN & BRADSTREET
6500 ROCKSIDE AVENUE
INDEPENDENCE, OH 44131-8023


DUTCHESS COUNTY BOCES
578 SALT POINT TURNPIKE
POUGHKEEPSIE, NY 12601


DUTCHESS COUNTY HLTH DEPT.
387 MAIN STREET, 2ND FLOOR
POUGHKEEPSIE, NY 12601

DUTCHESS RESTAURANT EQUIPMENT
237 DUTCHESS TURNPIKE
POUGHKEEPSIE, NY 12603


DUTCHESS TEL-AUDIO, INC,.
5 SPACKENKILL ROAD
POUGHKEEPSIE, NY 12603


DYNAMIC SOLUTIONS
10 MAURERBROOK DRIVE
FISHKILL, NY 12524


E.A. MORSE & CO.
PO BOX 728
MIDDLETOWN, NY 10940


ECOLAB, INC.
PO BOX 905327
CHARLOTTE, NC 28290-5327


EFFRON FUEL OIL CO., INC.
PO BOX 830
POUGHKEEPSIE, NY 12602


ELTRON BTS LIGHTING
PO BOX 560251
COLLEGE POINT, NY I 1


EMERGENCY TREATMENT ASSOC
PO BOX 1366
ALBANY, NY 12201


EMI
5780 SUCCESS DRIVE
ROME, NY 13440

EMPIRE BLUE CROSS/BLUE SHIELD
PO BOX 9044, CHURCH ST. STATION
NEW YORK, NY 10256-9044

ENVIROMASTER INT'L
5780 SUCCESS DRIVE
ROME, NY 13440

ENVIRONMENTAL ASSESSMENTS
41 BOULDER RIDGE RD
SCARSDALE, NY 10583

EQUIPMEDIX
207 VAN DYKE ST
BROOKLYN, NY 11231

ESCALATOR KLEAN, INC.
PO BOX 57
GUILDERLAND, NY 12084

EXPANETS
312 ELM ST, SUITE 1425
CINCINNATI, OH 45202-2301

EXPANETS CUSTOMER CARE
312 ELM ST. SUITE 1425
CINCINNATI, OH 45202-2301

EXPRESS TECH
PO BOX 123
STONERIDGE, NY 12484

E X PRODUCTS
1945-1 19TH STREET
SARASOTA, FL 34234

FABRIC CARE
168 NEW HACKENSACK RD
WAPPINGER FALLS, NY 12590

FEROLITE ELECTRIC, INC.
PO BOX 711
PLEASANT VALLEY, NY 12569-0711

FIRE EQUIPMENT - NICHOLS
PO BOX 651
HYDE PARK, NY 12538

FIREMAN'S FUND INSURANCE
PO BOX 10284
PALATINE, IL 60055-0284

FLAGHOUSE
601 FLAGHOUSE DRIVE
HASBROUCK HGTS, NJ 07604-3116

FLTC
150 STATE ST., SUITE 301
ALBANY, NY 12207-1698

FRANCIS, DR. HENRY
1694 CARROL STREET
BROOKLYN, NY 11213

GERICARE
5 ODELL PLAZA
YONKERS, NY 10701

GERIMEDIX
204-207 VAN DYKE ST, PO BOX 54
BROOKLYN, NY 11231

GHI-DENTAL
PO BOX 4332
KINGSTON, NY 12402


GHI - HMO
PO BOX 4332
KINGSTON, NY 12402

GLOEDE NEON SIGNS, LTD
113 CATHERINE STREET
POUGHKEEPSIE, NY 12601


GNY INSURANCE COMPANY
PO BOX 4692 CHURCH STREET STA
NY, NY 10277-0405


GOPA RAHMAN, MD
243 NORTH RD., SUITE 20IN
POUGHKEEPSIE, NY 12601


GREEN OAK FLORIST
17 CRUM ELBOW ROAD
HYDE PARK, NY 12538


GRIFFITH PUMP SERVICE, INC.
74 LONGVIEW DR.
FISHKILL, NY 12524


GULF MEDICAL SUPPLY
PO BOX 841968
DALLAS, TX 75284-1968


HARMON & CASTELLA
164 GARDEN STREET
POUGHKEEPSIE, NY 12601

HAWLEY, PATRICIA
227 FLAT ROCK ROAD
LAKE GEORGE, NY 12845


HAYWARD AND PAKAN ASSOC.
321 MAIN STREET
POUGHKEEPSIE, NY 12601


HEALTH CARE COMPLEX CONSEL
18 DAKOTA COURT
SUFFERN, NY 10901


HEALTH CARE INDUSTRIES TRUST OF NY
112 DELAFIELD ST.
POUGHKEEPSIE, NY 12601


HEALTHCARE UNDERWRITERS
8 BRITISH AMERICAN BLVD
LATHAM, NY 12110-1415


HEALTHTRAC/SERVICE TECH
129-09 26TH AVENUE, SUITE 100
COLLEGE POINT, NY 11354


HERCO DISTRIBUTING CORP
PO BOX 575
MIDDLETOWN, NY 10940


HK LAUNDRY EQUIPMENT
530 MAIN STREET
ARMONK, NY 10504


HOBART EQUIPMENT
9 NEW ROAD
NEWBURGH, NY 12550

HOLLISTER INCORPORATED
PO BOX 72035,
CHICAGO, IL 60678-2035


HOME HEALTHCARE & CO.
366 ALBANY AVENUE
KINGSTON, NY 12401


HOME DEPOT
P.O. BOX 103081
ROSWELL, GA 30076


HUBERT CO.
PO BOX 631642
CINCINNATI, OH 45263-1642


HUDSON VALLEY ER MED PLLC
PO BOX 350
POUGHKEEPSIE, NY 12602


HUDSON VALLEY MATERIAL, INC.
501 SALT POINT TURNPIKE
POUGHKEEPSIE, NY 12603-1031


HUDSON VALLEY PAINT
409 MANCHESTER ROAD
POUGHKEEPSIE, NY 12601


HUDSON VALLEY WATER
II NORTH OHIOVILLE ROAD
NEW PALTZ, NY 12561


HUNTLEIGH HEALTHCARE INC
40 CHRISTOPHER WAY
EATONTOWN, NJ 07724-3327

INTERNAL REVENUE SERVICE
153 SAWKILL ROAD
KINGSTON, NY 12401


INTERNET BUSINESS ASSOC
DEPT. 1618
TULSA, OK 74182


IPC DOOR & WALL PROTECTION
PO BOX 406
MUSKEGO, WI 53150


J.C. PAPER CO., INC.
57 FULTON STREET
POUGHKEEPSIE, NY 12601


JACK LIBERTA
1003 PLATTEKILL AROONIA
CLINTONDALE, NY 12515


JONES SEPTIC SERVICES
269-271 CREAM STREET
POUGHKEEPSIE, NY 12601


JP MCHALE
PO BOX 98
MONTROSE, NY 10548


K-TECH INTERNATIONAL, INC.
PO BOX 1025
TORRINGTON, CT 06790


KEIL EQUIPMENT CO., INC.
2356 ROUTE 9
HUDSON, NY 12534

KEY BANK OF NEW YORK
35 STATE ST
ALBANY, NY 12207


KEY TRUST CO., AS TRUSTEE FOR VLNC
35 STATE STREET
ALBANY, NEW YORK 12207


KNOLL CREST FARM
RR I BOX 213
CLINTON CORNERS, NY 12514


L.J.C. DISTRIBUTORS
1626 CEDAR AVENUE
SCRANTON, PA 18505


LONG TERM SOLUTIONS, INC.
PO BOX 264
MT. KISCO, NY 10549


MANPOWER INC.
PO BOX 7247-0208
PHILADELPHIA, PA 19170-0208


MARILYN DOLAND
18 SHORT HILL DRIVE
POUGHKEEPSIE, NY 12603


MARINE MIDLAND BANK P/F
ROUTE9G
HYDE PARK, NY 12538


MCI WORLDCOM
PO BOX 856053
LOUISVILLE, KY 40285

MCMASTER CARR
PO BOX 7690
CHICAGO, IL 50680


MDS HUDSON VALLEY LABS
115 DELAFIELD ST
POUGHKEEPSIE, NY 12601


MEDCO EQUIPMENT, INC.
100 OLD HIGHWAY 8, UNIT 3
NEW BRIGHTON, MN 55112


MEDICAL ECONOMICS
PO BOX 95264
CHICAGO, IL 60694


MEDLINE INDUSTRIES, INC.
PO BOX 92301
CHICAGO, IL 60675-2301


MEDTEXX PARTNERS, INC.
51 LOCUS AVENUE, SUITE 303
NEW CANAAN, CT 06840


MID HUDSON FLOOR
RTE 376
WAPPINGER FALLS, NY 12590


MID HUDSON VALLEY PROPANE
7 MANCHESTER CIRCLE
POUGHKEEPSIE, NY 12603


MILLER PROCTOR NICKOLAS
2 HUDSON STREET
SLEEPY HOLLOW, NY 10591

MILLIMAN & ROBERTSON, INC.
250 WASHINGTON AVE EXT.
ALBANY, NY 12203-5401


MINOLTA BUSINESS SOLUTION
1 INTERNATIONAL BLVD
MAHWAH, NJ 07459


MINOLTA BUSINESS SYSTEM
1 INTERNATIONAL BLVD
MAHWAH, NJ 07459


MONTGOMERY KONE
PO BOX 429
MOLINE, IL 61266-0429

MT. ELLIS PAPER CO., INC.
PO BOX 4083
NEW WINDSOR, NY 12553


MUNICIPAL CREDIT UNION
22 CORTLANDT STREET, 24TH FLOOR
NY, NY 10007


NATIONAL EMPLOYERS COUNCIL
PO BOX 4816
SYRACUSE, NY 13221


NATIONAL FIRE PROTECTION
PO BOX 8977
BOSTON, MA 02266


NATIONAL STANDBY REPAIR
PO BOX 538
SCARSDALE, NY 10583

NORTHEAST DATA DESTRUCTION
PO BOX 315, RTE 28
WEST HURLEY, NY 12491


NICHOLS OXYGEN SERVICE
PO BOX 651
HYDE PARK, NY 12538


NORTH EASTERN CONF. NSGH
GPO 5627
NY, NY 10087


NORTHEASTERN CONFERENCE
115-50 MERRICK BLVD
JAMAICA, NY 11434


NOVACARE, INC.
1016 NINTH AVENUE
KING OF PRUSSIA, PA 19406


NY RURAL WATER ASSOC.
30 HOPPER ST
WESTBURY, NY 11590


NYAHSA - FLTC
150 STATE STREET
ALBANY, NY 12550


NYS DEPT OF HEALTH
EMPIRE STATE PLAZA, TW-942
ALBANY, NY 12237


NYS DEPT OF HEALTH - ENVIRONMENT
2 UNIVERSITY PLAZA
ALBANY, NY 12203

NYS DPT ENVIRONMENTAL
PO BOX 5973
NY, NY 10087


NYS HEALTH FACILITY ASSOC.
33 ELK STREET
ALBANY, NY 12207


NYS HOUSING FINANCE AGENCY
641 LEXINGTON AVENUE
NY, NY 10022


NYSHFA
33 ELK ST, SUITE 300
ALBANY, NY 12207


NYS TAX DEPARTMENT
WA HARRIMAN CAMPUS
ALBANY, NY 12227


OFFICE MAX
P.O. BOX 39020
SALT LAKE CITY, UT 84130-0292


OMNI COMPUTER PRODUCTS
PO BOX 6204
CARSON, CA 90220


ONE ON ONE COMPUTER TRAINING
2055 W ARMY TRL ROAD, SUITE 100
ADDISON, IL 601 01


OPPENHEIM, ROBERT
10 PINEBROOK DRIVE
POUGHQUAG, NY 12570

OPUS COMMUNICATIONS
PO BOX 1168
MARBLEHEAD, MA 01945


PAPER DIRECT, INC.
PO BOX 2933
COLORADO SPRING, CO 80901


PARK AVENUE MEDICAL ASSOCIATION
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601


PAXXON HEALTHCARE SERVICE
1939 RTE 206
SOUTHAMPTON, NY 08088


PBCC
PO BOX 85460
LOUISVILLE, KY 40285


PDR
PO BOX 10690
DES MONIES, IA 50336


PEGASUS SATELLITE TV, INC.
PO BOX 9001531
LOUISVILLE, KY 40290


PEOPLE SYSTEMS
NCO FINANCIAL SYSTEMS, INC.
5665 NEW NORTHSIDE DRIVE, STE 300
ATLANTA, GA 30328-4617


PERFECT CARE
235 MAIN STREET
WHITE PLAINS, NY 10601

PICKETT ENTERPRISES
PO BOX 11 000
PRESCOTT, AZ 86304


PITNEY BOWES, INC.
2225 AMERICAN DRIVE
NEENAN, WI 54956-1005


POSEY CO.
5635 PECK ROAD
ARCADIA, CA 91006


POSITIVE PROMOTIONS
40-01 168TH STREET
FLUSHING, NY 11358


POUGHKEEPSIE JOURNAL
PO BOX 1231
POUGHKEEPSIE, NY 12602


PRESIDENTIAL LIFE INS. CO
500 HELENDALE RD #260
ROCHESTER, NY 14609


PROGRESSIVE BUSINESS
370 TECHNOLOGY DRIVE
MALVERN, PA 19355


PUCHALL, CARL
1133 BROADWAY
NY, NY 10010


QUANDTS
105 QUIST ROAD
PO BOX 618
AMSTERDAM, NY 12010

RADIO SHACK
PO BOX 7777-W9570
PHILADELPHIA, PA 19175


RAINBOW OIL
5 PINEWOODS ROAD
HYDE PARK, NY 12538


READE MEDICAL ASSOCIATES
PO BOX 350
POUGHKEEPSIE, NY 12602


REDLINE MEDICAL SUPPLY
PO BOX 27100
GOLDEN VALLEY, MN 55427


REGIONAL REHAB SERVICES
987 NEW LOUDON ROAD
COHOES, NY 12047


RELIABLE COMMERCIAL KITCHEN
RR 1 BOX 273A BEGLEY ROAD
WINDHAM, NY 12496


RELISTAR
22113 FASCO ROAD
WATERTOWN, NY 13601


ROBISON & SMITH
335 NORTH MAIN ST
GLOVERSVILLE, NY 12078


ROSS PRODUCTS DIVISION
11 NEW HEMPSTEAD ROAD
NEW CITY, NY 10956

ROYAL CARE PHARMACY
100 SARATOGA VILLAGE BLVD
PO BOX 2469
MALTA, NY 12020


ROYAL CARTING SERVICE
PO BOX 1209
HOPEWELL JUNCTION, NY 12533


SAFEGUARD BIO MED SERVICE
116 CHESTNUT ST
ONEONTA, NY 13820


SAINT FRANCIS HOSPITAL
35 NORTH ROAD
POUGHKEEPSIE, NY 12601


SAMMONS PRESTON, INC.
4 SAMMONS COURT
BOLINGBROOK, IL 60440


SANI-MED DISTRIBUTORS
35 N PLAINS IND. ROAD, UNIT 3
WALLINGFORD, CT 06492


SCALE-TRONIX ASSESSORIES
200 EST POST ROAD, SUITE 1
WHITE PLAINS, NY 10601


SECURITY LINK
16 MCKEE DRIVE, SUITE 2
MAHWAH, NJ 07430


SENIOR TECHNOLOGY
PO BOX 3066
OMAHA, NE 68103

SETON NAME PLATE CO.
PO BOX 819
BRANFORD, CT 06405


SHAPIRO & ASSOCIATES
701 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604


SIMPLEX TIME RECORDER
4 NEW KING STREET
WHITE PLAINS, NY 10604


SMITH & NEPHEW INC.
PO BOX 73276
CHICAGO, IL 60673


SOCIAL SECURITY ADMINISTRATION
155-1 0 JAMAICA AVENUE
JAMAICA, NY 11432


SOFCO, INC.
PO BOX 2023
SCOTIA, NY 12302


SOLID ROCK FINANCIAL SERVICE
4 MAPLE ST
BEACON, NY 12508


SPECIALTY FITTINGS
127 BOICES LANE
KINGSTON, NY 12401


SPECTRUM GRAPHICS
306 MAIN STREET
POUGHKEEPSIE, NY 12601

SPENCO
PO DRAWER 841777
DALLAS TX 75284-1777


SPIRAL BINDING CO. INC.
ONE MALTESE DRIVE
TOTOWA, NJ 07511


SPRINT
PO BOX 530504
ATLANTA, GA 30353


ST FRANCIS HOME CARE
378 VIOLET AVENUE
POUGHKEEPSIE, NY 12601


STAPLES BUSINESS ADVANTAGE
PO BOX 23500
ROCHESTER, NY 14692


STAR GAS
33 FULTON STREET
POUGHKEEPSIE, NY 12601


STERICYCLE, INC.
PO BOX 9001590
LOUISVILLE, KY 40890-1590


STERLING PUMP CO., INC.
PO BOX 8
HYDE PARK, NY 12538


STROEMANN BAKERIES, LC
509 NORTH STREET
MIDDLETOWN, NY 10940

SULLIVAN COUNTY SCU
PO BOX 15348
ALBANY, NY 12212


SUNRISE MEDICAL CONTINUING
5001 JOERNS DRIVE
STEVENS POINT, WI    54481


SUPERIOR LAMP
PO BOX 566
MOORHEAD, MN 12538


TAYLOR RENTAL
ROUTE55
POUGHKEEPSIE, NY 12603


TENDER CARE PRODUCTS
1393 BATON SCHOOL ROAD
GRANITE FALLS, NC 28603


TERRA NOVA FILMS
9848 SOUTH WINCHESTER AVENUE
CHICAGO, IL 60643


THE HARTFORD STEAM BOILER
21045 NETWORK PLACE
CHICAGO, IL 60673


THE HOME DEPOT
PO BOX 4535, DPT 24
CAROLSTREAM, IL 4535


THE RAMPART GROUP
1983 MARCUS AVENUE
PO BOX 5494
LAKE SUCCESS, NY 11042

THE WORK PLACE - ST. FRANCIS HOSP
243 NORTH RD
POUGHKEEPSIE, NY 12601


THIRD PARTY SOLUTIONS
PO BOX 1000 DEPT 492
MEMPHIS, TN 38148


TRI-STATE SURGICAL
409 HOYT STREET
BROOKLYN, NY 11231


TRIPLE R REFRIGERATION
588A NORTH QUAKER LANE
HYDE PARK, NY 12538


TROY LIGHTING
85 CONGRESS STREET
TROY, NY 12818


TWIN MEDICAL
940 POINTVIEW AVENUE, SUITE A
EPHRATA, PA 17522


UNITED WAY
PO BOX 832
POUGHKEEPSIE, NY


UNIVERSAL DIAGNOSTIC LAB
1414 NEWKIRK AVENUE
BROOKLYN, NY 11226


UNLIMITED CARE, INC.
245 MAIN STREET
WHITE PLAINS, NY 10601

USA BLUE BOOK
3995 COMMERCIAL AVENUE
PO BOX 1186
NORTHBROOK, IL 60065


USI, INC.
98 FORTH PATH ROAD
MADISON, TN 06443


UTICA NATIONAL LIFE INS
PO BOX 530
UTICA, NY 13503


V.W. EIMICKE ASSOC., INC.
PO BOX 160
BRONXVILLE, NY 10708


VEITH ENTERPRISES, INC.
545 VIOLET AVENUE
HYDE PARK, NY 12538


VERIZON
PO BOX 15124
 ALBANY, NY 12212


VERIZON WIRELESS
PO BOX 489
NEWARK, NJ 07101


VERY IMPRESSIVE
272-60 GRAND CENTRAL PRKW
 FLORAL PARK, NY I 1 005


WATS INTERNATIONAL
200 MANCHESTER ROAD
POUGHKEEPSIE, NY 12603

WEST GROUP
PO BOX 64833
ST PAUL, MN

WILLIAMS LUMBER
77 ROUTE 9 NORTH
RHINEBECK, NY 12572

WORKING SMART
PO BOX 25338
ALEXANDRIA, VA 22313

W.W. GRAINGER
AMERICAN BUREAU OF COLLECTIONS
110 MAIN STREET
BUFFALO, NY 14209